UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

JUNE 17, 2024
DATE OF PROCEEDING

JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell

Docket # 24-CR-330 (ESK)

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.

PETER KRILL
    DEFENDANT PRESENT

APPEARANCE:
Joseph McFarlane, AUSA for Government.
Maggie Moy, AFPD for Defendant.

NATURE OF PROCEEDINGS: INITIAL APPEARANCE/ ARRAIGNMENT
Defendant advised of rights, charges, and penalties.
Defendant waives formal reading of the Indictment.
Hearing on application by defendant for appointment of counsel Financial Affidavit executed and filed; Ordered application granted.
Ordered Maggie Moy, AFPD appointed as counsel for defendant Order to be entered.
Brady Order to be entered.
PLEA: Not Guilty on all counts
Defendant consents to detention.
Hearing on application by defendant to remain temporarily housed at FDC PA; Ordered application Granted.
Scheduling Order and Continuance order to be filed.
Ordered defendant remanded to the custody of the US Marshal.

Time commenced: 11:40 a.m. Time Adjourned: 11:51 a.m.
Total Time: 08 min.

                s/ GN,
                DEPUTY CLERK