UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE                                      DATE OF PROCEEDINGS
JUDGE EDWARD S. KIEL                               NOVEMBER 25, 2024

COURT REPORTER: Camille Pedano
OTHER: Kimaya Coursey, U.S. Probation Officer

Docket # 24-cr-00330-01

TITLE OF CASE:
UNITED STATES OF AMERICA

      v.

PETER KRILL,
DEFENDANT PRESENT

APPEARANCES:
Joseph McFarlane, AUSA for Government.
Maggie F. Moy, AFPD. for Defendant.

NATURE OF PROCEEDINGS: SENTENCE ON ONE COUNT INDICTMENT
Sentence: Imprisonment for a term of 46 months, concurrent to judgment in Criminal Docket No. 23-00342, District of Columbia.

SUPERVISED RELEASE: 3 years with special conditions;
Total Special Assessment -$100.00;

RECOMMENDATION: that the Bureau of Prisons designate the defendant to a facility nearest to defendant's home address in New Jersey, specifically FCI Fort Dix.

Government moved to dismiss Count 2 of the Indictment; Ordered Count 2 dismissed.
Defendant and counsel advised of right to appeal.
Ordered defendant is remanded to the custody of the U.S. Marshals.
Judgment Order to be entered.

Time Commenced: 10:00 a.m.
Time Adjourned: 11:30 a.m.
Total Time: 1 hr., 30 min.

                                                  s/ GN
                                                  DEPUTY CLERK